

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00298-CR

The **STATE** of Texas,
Appellant

v.

Isabella **RODRIGUEZ**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 571187
Honorable Melissa Vera, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw Motion to Abate and Remand is hereby GRANTED.

It is so **ORDERED** on May 29, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court